934

No. 75–1552.  CASTANEDA, SHERIFF *v.* PARTIDA.  C. A. 5th Cir.  Certiorari granted.

No. 75–6521.  ABNEY ET AL. *v.* UNITED STATES.  C. A. 3d Cir.  Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 74–476.  PENN ET AL. *v.* RUMSFELD, SECRETARY OF DEFENSE, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 75–734.  SMITH ET AL. *v.* TROYAN ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 75–1000.  BOIRE, REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD *v.* PILOT FREIGHT CARRIERS, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 75–1200.  NIMS ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–1275.  STAR ET AL. *v.* BENTON, DIRECTOR OF FINANCE OF BALTIMORE, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 75–1277.  A. L. BURBANK & Co., LTD., ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 75–1293.  EDWARDS *v.* REED, SECRETARY OF THE AIR FORCE.  C. A. 6th Cir.  Certiorari denied.